## Francis A. Adamaitis, Appellee, v. Henry A. Gardner, Trustee for Alton Railroad Company, Appellant.

### Gen. No. 43,394. 

 Heard in the first
division, first district, this court at the June term, 1945; opinion filed
October 15, 1945; released for publication October 30, 1945. Winston,
Strawn & Shaw, for appellant; Douglas C. Moir, Gerard E. Grashorn and
Edward J. Wendrow, of counsel; Edward B. Henslee, for appellee;
Melvin L. Griffith, of counsel. Opinion by PRESIDING JUSTICE MATCHETT.
Not to be published in full.